APPEAL OF AUTOMATIC SPRINKLER COMPANY OF AMERICA.

Docket No. 4987.　Decided November 12, 1926.

*Irving Smith, Jr., Esq.*, for the petitioner.
*Thomas P. Dudley, Jr., Esq.*, for the Commissioner.

LITTLETON: This is an appeal from the determination of deficiencies for the years 1918 and 1919 in the amounts of $32,802.85 and $7,800.80, respectively, of which amounts approximately $2,100 is in dispute.

The controversy arises from the reduction by the Commissioner from $50,000 to $25,000 of invested capital, representing alleged value of patents and license agreements.

## FINDINGS OF FACT.

The taxpayer is a Delaware corporation with principal office in New York City. During the taxable years it was affiliated with the Sypho-Chemical Sprinkler Corporation. On February 6, 1916, the Sypho-Chemical Sprinkler Corporation acquired for $200,000 par value of its capital stock certain patents and license agreements covering a certain automatic fire extinguishment system, which patents and license agreements had an actual cash value at the time acquired for stock of $50,000.

> *Judgment will be entered for the petitioner upon the issue raised on 15 days' notice, under Rule 50.*